IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NOS. 14-323 |
| | | 14-496 |
| PARIS CHURCH | : | 14-497 |
| | | 14-517 |
| | | 14-519 |
| | | 14-520 |

## ORDER

This 15th day of September, 2015, it is **ORDERED** that Defendant Paris Church can join in co-defendant's pretrial motions.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh, J.