# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| PARIS CHURCH, | : | CRIMINAL ACTION |
|     a/k/a "Pay May," | : | No. 14-323 |
|     a/k/a "Pay," | : | |
| RONELL WHITEHEAD, | : | |
|     a/k/a "R," and | : | |
| SPENCER PAYNE, | : | |
|     a/k/a "Boodine," | : | |
|     a/k/a "Nur." | : | |

## **ORDER**

This 25th day of April, 2017, having considered Defendant Whitehead's and Defendant Church's Motions for Judgement of Acquittal (Dkt. 753, 754), Defendant Payne's Motion for a New Trial (Dkt. 764), and the Government's Omnibus Response thereto (Dkt. 868), it is hereby **ORDERED** that all motions are **DENIED**.

                                                                        /s/ Gerald Austin McHugh
                                                                          United States District Judge