IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. 14-323-3 |
| : | |
| PARIS CHURCH : | |

## ORDER

This 28th day of January 2021, it is hereby **ORDERED** that Defendant Paris Church's Motion to compel production of grand jury materials (ECF 1193) is **DENIED**.

s/Gerald Austin McHugh<br>
United States District Judge

1