# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-323-3 |
| **PARIS CHURCH** | : | |
| | : | |
| | : | |

## ORDER

This 28th day of January, 2021, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 1185, is **DENIED,** for the reasons set forth in the accompanying Memorandum.

                                                  /s/ Gerald Austin McHugh
                                               United States District Judge