# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | No. 14-323-3 |
| v. | : | |
| | : | **CIVIL ACTION** |
| **PARIS CHURCH** | : | No. 22-1134 |
| | : | |

## ORDER

This 23rd day of February, 2023, it is hereby **ORDERED** that Defendant's Motion to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255, ECF 1373, is **DENIED**. There is no basis on which to issue a Certificate of Appealability.

                                           s/Gerald Austin McHugh
                                           United States District Judge